IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CRAWFORD, TRACY WILLIAMS, EVANGELIZE MACARAEG, BRITTNEY WEEKS, JAIME VARGAS, AMBER NELSON, ZARA WEST, BRITTANY WORTH, EDWARD JANEIRO, SHIRLEY MARMITE, NIC OFFI, MARTIN BENIN, ANDRES ANAYA, and CARL GERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> MUSCULOSKELETAL TRANSPLANT FOUNDATION INC., and DOES 1 through 10, inclusive, <br><br> Defendant. | No. C 12-05918 WHA <br><br> **ORDER DENYING STIPULATION TO CONTINUE** |

Good cause not shown, the Court **DENIES** the parties' request to continue the case management conference.

**IT IS SO ORDERED.**

Dated: February 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE