**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREG CRAWFORD, TRACY WILLIAMS,
EVANGELINE MACARAEG, BRITTNEY
WEEKES, JAIME VARGAS, AMBER NELSON,
ZARATHUSTRA WEST, BRITTANY WORTH,
EDWARD JAMEIRO, SHIRLEY MARMITO,
NIC OFFI, MARTIN BENIK, ANDRES ANAYA,
CARL GERMAN, AND SANDRA POTTER,

    Plaintiffs,

  v.

MUSCULOSKELETAL TRANSPLANT
FOUNDATION INC,

    Defendant.
_____/

No. C 12-05918 WHA

**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

On March 16, 2013, plaintiffs filed a motion for leave to file an amended complaint. The proposed complaint makes the following minor changes: (1) the name of plaintiff "Zara West" was changed to "Zarathustra West"; (2) Sandra Potter was added as a plaintiff; and (3) references to doe defendants were removed. As stated in plaintiffs' motion, the facts relating to Ms. Potter's complaint are "similar or nearly identical" to those of the other plaintiffs.

Defendant's opposition or statement of non-opposition to the motion was due on April 1, but none has been received. The motion for leave to file a first amended complaint is, therefore,

1  **GRANTED.** Plaintiffs shall file their first amended complaint by **APRIL 5 AT NOON**. The hearing
2  scheduled for May 2 is unnecessary and is, therefore, **VACATED**.

4      **IT IS SO ORDERED.**

6  Dated: April 4, 2013.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE