UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GREG CRAWFORD, et al.,<br>　　　　Plaintiffs, | No. C 12-5918 WHA |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| MUSCULOSKELETAL TRANSPLANT FOUNDATION, INC.,<br>　　　　Defendant. _____/ | Date:　　June 27, 2013<br>Mediator:　Kent Jonas |

IT IS HEREBY ORDERED that the request to excuse plaintiffs Brittany Worth, Jamie vargas, Dr. Carl German, Nic Offi, Brittney Weekes and Shirley F. Marmito and from appearing in person at the June 27, 2013 mediation session before Kent Jonas is GRANTED. The aforementioned plaintiffs shall be available at all times to participate telephonically in the mediatiion in accordance with ADR L.R. 6-10(f).

Plaintiffs Andres Anaya and Zarathurstra West are excused from participating in the mediation session on the condition that they give full settlement authority to their counsel, who will attend the session in person.

IT IS SO ORDERED.

June 25, 2013　　　　　　　　By:　　　_____
Dated
　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge