UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREG CRAWFORD, et al.,

    Plaintiffs,

    v.

MUSCULOSKELETAL TRANSPLANT FOUNDATION, INC.,

    Defendant.

Case No. 12-cv-05918-WHO

**ORDER DIRECTING PARTIES TO FILE NOTICE OF DISMISSAL**

The parties, through their counsel, advised the Court that they have agreed to a settlement in principle; as such, the Case Management Conference set for August 27, 2013, was vacated. The parties are directed to file a notice of dismissal within 30 days of the date of this order or to attend a Case Management Conference in person on October 1, 2013 and show good cause why the case should not be dismissed.

**IT IS SO ORDERED.**

Dated: August 29, 2013



WILLIAM H. ORRICK
United States District Judge