**IN THE UNITED STATES DISTRICT COURT**
**FOR NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREG CRAWFORD, TRACY WILLIAMS, EVANGELINE MACARAEG, BRITTNEY WEEKES, JAIME VARGAS, AMBER NELSON, ZARA WEST, BRITTANY WORTH, EDWARD JAMEIRO, SHIRLEY MARMITO, NIC OFFI, MARTIN BENIK, ANDRES ANAYA, AND CARL GERMAN. <br><br> Plaintiffs, <br><br> vs. <br><br> MUSCULOSKELETAL TRANSPLANT FOUNDATION, INC. and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No.: C 12-5918-WHO <br><br> **ORDER DIRECTING PARTIES TO FILE NOTICE OF DISMISSAL AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

<u>ORDER</u>

Pursuant to the stipulation filed by Plaintiffs and Defendant, The parties are directed to file a notice of dismissal within 30 days of the date of this order or to attend in person a Case Management Conference set for 11/15/2013 02:00 PM in Courtroom 2, 17th Floor, San Francisco.

IT IS SO ORDERED.

Dated: September 30, 2013

_____
HON. JUDGE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER