# IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREG CRAWFORD, TRACY WILLIAMS, EVANGELINE MACARAEG, BRITTNEY WEEKES, JAIME VARGAS, AMBER NELSON, ZARA WEST, BRITTANY WORTH, EDWARD JAMEIRO, SHIRLEY MARMITO, NIC OFFI, MARTIN BENIK, ANDRES ANAYA, AND CARL GERMAN. | Case No.: C 12-5918-WHO |
| Plaintiffs, | ORDER DIRECTING PARTIES TO FILE NOTICE OF DISMISSAL AND RESCHEDULING CASE MANAGEMENT CONFERENCE |
| vs. | |
| MUSCULOSKELETAL TRANSPLANT FOUNDATION, INC. and DOES 1 through 10, inclusive, | |
| Defendant. | |

## ORDER

Pursuant to the stipulation filed by Plaintiffs and Defendant, The parties are directed to file a notice of dismissal within 30 days of the date of this order or to attend in person a Case Management Conference set for 11/15/2013 02:00 PM in Courtroom 2, 17th Floor, San Francisco.

IT IS SO ORDERED.

Dated: September 30, 2013

_____
HON. JUDGE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

Page 1 of 1

[PROPOSED] ORDER